**Order filed November 4, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00561-CV
_____

### ZAMIR INVESTMENTS, INC., Appellant

### V.

### BLACKBOARD INSURANCE CO. AND SHANNON COOK, Appellees

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-46009**

## O R D E R

The notice of appeal in this case was filed October 6, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 19, 2021**. *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.